No. 71–218. GROUNDS ET AL. v. NORTHERN NATURAL GAS CO. ET AL., *ante*, p. 951. Petition for rehearing denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 71–390. BESSESEN ET UX. v. UNITED STATES, *ante*, p. 984. Motion for leave to file and to dispense with printing petition for rehearing and other relief denied.

No. 71–5316. TUZO v. UNITED STATES, *ante*, p. 958. Motion for leave to file petition for rehearing denied.

JANUARY 27, 1972

No. A–760. BULLOCK, SECRETARY OF STATE OF TEXAS v. WEISER ET AL. D. C. N. D. Tex. Application for stay of judgment presented to MR. JUSTICE POWELL, and by him referred to the Court, granted.